JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: Cambria

County/Parish: Columbia County

Related case numbers:
22cr44 and 22cr54

**Related Case Information:** 22 CR 055 JDP

Superseding ____ Docket Number ____

Same Defendant ____ New Defendant ____

Magistrate Judge Case Number 19-mj-64

Search Warrant Case Number

R 20 / R40 from District of

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MAY 11 2022
FILED/REC'D
CLERK OF COURT

**Defendant information:**

Matter to be Sealed ____ Yes ✓ No

**Def. Name:** Anthony Hess

**Alias Name:**

**City/State:** Pardeeville, WI

**Year of Birth:** 1968 Last 4 digits of SSN 4825

**Sex:** Male Race:

**U.S. Attorney Information:**

SAMUEL CHARLES LORD Bar #:

Interpreter: ____ No ____ Yes List language and/or dialect:

**Location Status:**

Arrest Date:

____ Already in Federal Custody as of: ____ in ____

____ Already in State Custody

____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 5

____ **Petty**

____ **Misdemeanor**

____ Class A

____ Class B

____ Class C

✓ **Felony**

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| **Set 1** | 18 U.S.C. § 1349 | Fraud Conspiracy | 1 |
| **Set 2** | 18 U.S.C. § 371 | Conspiracy | 4 |
| **Set 3** | 18 U.S.C. § 1001(a)(3) | False Entries in Record Within EPA's Jurisdiction | 6-7 |
| **Set 4** | 18 U.S.C. § 1505 | Obstruction of Agency Proceeding | 8 |
| **Set 5** | | | |
| **Set 6** | | | |

**Date:** ____ **Signature** /s/ SAMUEL CHARLES LORD