UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.                                 Case No. 22-cr-55-jdp

JAMES LENZ,

        *Defendant.*

---

**FOURTH PRETRIAL MOTION: MOTION FOR A BILL OF PARTICULARS**

James Lenz, by counsel, files this fourth pretrial motion for a bill of particulars.

The legal and factual bases for this motion are set forth in the contemporaneously filed

Omnibus Brief in Support of Pretrial Motions.

Dated at Madison, Wisconsin, this 22nd day of December, 2022.

        Respectfully submitted,

        James Lenz, Defendant

        */s/ Joseph A. Bugni*
        Joseph A. Bugni
        Jessica Arden Ettinger
        FEDERAL DEFENDER SERVICES
         OF WISCONSIN, INC.
        22 East Mifflin Street, Suite 1000
        Madison, Wisconsin 53703
        Tel: 608-260-9900
        Fax: 608-260-9901
        joseph_bugni@fd.org
        jessica_ettinger@fd.org

        *Counsel for James Lenz*

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.