

**U. S. Department of Justice**

Environment and Natural Resources Division
Environmental Crimes Section
4 Constitution Square
150 M Street, NE   Suite 2.900
Washington, DC 20002
Direct Phone No.: (202) 305-0328
Samuel.lord@usdoj.gov

November 27, 2023

The Honorable James D. Peterson
United States District Judge
United States District Court for the Western District of Wisconsin
Submitted via ECF

RE:  Plea Papers in *United States v. Didion Milling*, 22cr55-jdp

Dear Judge Peterson:

Tonight the government and defendant Didion Milling, Inc. executed plea papers, which are being filed with the Court along with this letter.

Attorney Zach Fardon, Esq., is representing Didion Milling along with Mark Cameli, Esq.  Mr. Cameli and Didion Milling's corporate representative, Riley Didion, have signed both the attached plea agreement and statement of facts.  Mr. Fardon also has signed the attached plea agreement, and he has authorized me to tell the Court that he will be signing the statement of facts tomorrow.

Respectfully submitted,

\_\_\_/s/_____
Samuel Lord, Trial Attorney

Cc:    Counsel of Record (via ECF)