✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ WISCONSIN

UNITED STATES OF AMERICA

V.

JAMES LENZ

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   22-cr-55-jdp-4

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

James D. Peterson, U.S. District Judge
_____
Name of Judge                    Title of Judge

*NOVEMBER 7, 2023*
_____
Date